JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| CANDIDA ROSA AREAS PLATA,<br>Petitioner,<br>v.<br>FERETI SEMAIA., et al.,<br>Respondents. | No. 5:26-cv-04848-JDE<br><br>JUDGMENT |

In accordance with the Order Regarding Petition,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Petition is:

(1) granted, in part, with Respondents ORDERED to immediately

(a) release **Petitioner Candida Rosa Areas Plata (A# 246-075-084)** from custody, subject to her preexisting conditions of her Order of Release on Recognizance; and

(b) return all property taken from Petitioner at the time of her detention on August 14, 2026, including a Samsung cellular telephone, a gold chain with a medallion, a gold ring, and gold earrings, and any identification documents; and

(2) denied without prejudice in all other respects.

Dated: September 4, 2026

JOHN D. EARLY
United States Magistrate Judge